JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

Sonya Dakar

          Plaintiff,

v.

Stript Wax Bar LLC et al

          Defendants.

Case No.  CV 16-03092-AB (SSx)

ORDER DISMISSING CIVIL ACTION

17
18
19
20
21
22
23

     THE COURT having been advised that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

24
25
26
27
28

Dated:  December 5, 2016      _____

ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE